## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MONIFA AHMED,** | : | **VIOLATIONS:** |
| **DERRICK BYAS, and** | : | **21 U.S.C. § 846** |
| **CAROLYN DENISE NOLAN,** | : | **(Conspiracy to Distribute and Dispense** |
| | : | **Controlled Substances)** |
| **Defendants.** | : | **18 U.S.C. § 1349** |
| | : | **(Conspiracy to Engage in Health Care** |
| | : | **Fraud)** |
| | : | **18 U.S.C. § 1347** |
| | : | **(Health Care Fraud)** |
| | : | **18 U.S.C. § 1956(a)(1)(B)(i) and (h)** |
| | : | **(Conspiracy to Launder Proceeds of Illegal** |
| | : | **Activity)** |
| | : | **21 U.S.C. § 853** |
| | : | **(Criminal Forfeiture - Drug Offenses)** |
| | : | **18 U.S.C. § 981(a)(1)(C) and 982(a)(7)** |
| | : | **(Criminal Forfeiture - Health Care Fraud)** |
| | : | **18 U.S.C. § 982(a)(1)** |
| | : | **(Criminal Forfeiture - Money Laundering)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

### Drug Trafficking Conspiracy

Beginning on or about July, 2008, the exact date being unknown to the Grand Jury, and

continuing through on or about November 24, 2010, in the District of Columbia, the State of

Maryland, the Commonwealth of Virginia, and elsewhere, the defendants, **MONIFA AHMED**,

**DERRICK BYAS**, and **CAROLYN DENISE NOLAN**, did knowingly and intentionally combine, conspire, confederate and agree with others both known and unknown, to distribute and dispense, and cause to be distributed and dispensed, the following Schedule II controlled substances: oxycodone (also marketed as oxycontin, and percocet) and methadone, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(l)(C) and 846.

### Goal of the Conspiracy

It was a goal of the conspiracy to obtain money and other things of value by distributing and causing pharmacists to dispense controlled substances by forged prescription.

### Manner and Means

It was part of the conspiracy that the conspirators attained the goals and purposes of the conspiracy through the following manner and means:

A.      During the conspiracy, beginning approximately July, 2008, **MONIFA AHMED**, was employed as the office manager for Dr. James G. Uy, M.D.,  a medical physician with a specialty in anesthesiology, who owned and operated pain management offices at 10610 Rhode Island Avenue, Suite #206, Beltsville, Maryland, and at 3555 Leonardtown Road, Suite #1, Waldorf, Maryland.  As the office manager,  **MONIFA AHMED** had access to the blank prescription pads utilized by Dr. Uy, to write prescriptions for patients.  **MONIFA AHMED** was not a health care professional and did not have authority to write prescriptions, and at no time did Dr. Uy ever authorize her to write prescriptions for his patients or anyone else.  **MONIFA AHMED** took  blank prescriptions and prescription pads from Dr. Uy's office, forged his signature on prescriptions and would present them to others including co-conspirators, in exchange for cash, other things of value, and sometimes in exchange for things of value and money to be provided at a later time.  Sometimes,

others would present the forged prescriptions to be filled so that the pills could later be sold or used to satisfy someone's addiction.   At times she would write out the prescriptions in various names, and complete the drug order portion of the prescription, and at other times she would present the prescriptions in blank to other conspirators, with Dr. Uy's signature forged, and they would complete the prescription orders.  Sometimes the forged prescriptions were presented to actual patients of Dr. Uy but without Dr. Uy's knowledge, but with full knowledge of the patients that the prescriptions were forged.  Other times the forged prescriptions were presented to others who were not patients of Dr. Uy but again, with full knowledge of both parties that the prescriptions were forged and not valid.

B.     **MONIFA AHMED** arranged with conspirators that the forged prescriptions she had provided would be presented at pharmacies at times when she would be present at the Dr. Uy's office so that if a pharmacist called to verify the validity of a prescription, she could answer the phone and verify the prescription as authentic and genuine when in fact, it was forged and not valid.

C.     **MONIFA AHMED** would provide forged prescriptions in the name of Dr. Uy to others including but not limited to her mother, **CAROLYN DENISE NOLAN**, and to a friend, **DERRICK BYAS,** who could present the forged prescriptions in their own names and obtain controlled substances from the pharmacists filling such forged prescriptions.  In other instances, **CAROLYN DENISE NOLAN** and **DERRICK BYAS** would enlist the complicity of another who agreed to present the forged prescriptions in the their name to pharmacies.  After obtaining controlled substances through presentation of the forged prescription to the pharmacist or pharmacies, those recruited into the scheme would deliver the pills so obtained to **CAROLYN DENISE NOLAN** and/or  **DERRICK BYAS**, in exchange for cash, or in exchange for keeping a portion of the pills

3

so obtained. **CAROLYN DENISE NOLAN** and **DERRICK BYAS** would, at times, resell the pills obtained in this forged prescription scheme as there existed a lucrative illegal market for these controlled substances.

D.      It was known to the conspirators that pharmacists and pharmacies sometimes kept records which they could review and know when a customer was seeking to refill a prescription order too soon, before all the pills in a previously filled order had been exhausted.  In such situations, the pharmacist would decline to fill another prescription for that same customer, or if the pharmacists suspected criminal activity, would notify police of the customer's actions.  To avoid detection, but to assure a continuous supply of controlled substance pills, the conspirators would recruit others to participate in the scheme to obtain controlled substances by prescription fraud and use another's health insurance or medicaid and medicare benefits to pay for the prescriptions to be filled.

**CAROLYN DENISE NOLAN** recruited Jackson Howard, charged but not indicted herein, to present false and forged prescriptions in his name and use his medicaid and medicare benefits to pay for the filled prescription.  Jackson Howard knew that he was not a patient of Dr. Uy, that Dr. Uy had not issued the prescription, and he was aware that **MONIFA AHMED** had forged the prescription and was available at Dr. Uy's office to verify the false and forged prescription should the pharmacist call to verify the authenticity of the prescription.   After successfully obtaining the filled prescription order,   Jackson Howard  would provide the pills to **CAROLYN DENISE NOLAN**, who would sell them to others, and thereafter, pay Jackson Howard $100 to $200 for his participation in this distribution scheme.  In a similar manner, **DERRICK BYAS**, would present a forged prescription to a recruited conspirator, such as  Anthony Pulsirisaroth, charged but not indicted herein, who had agreed to present the forged prescription obtained from **DERRICK BYAS**

4

to a pharmacy to be filled even though Anthony Pulsirisaroth knew that he was not a patient of Dr. Uy and that the prescription was forged and false.  Anthony Pulsirisaroth would provide the filled prescription bottle of pills to **DERRICK BYAS** who would let him keep a portion of the pills so obtained in exchange for his participation in the distribution scheme.

E.      It was also part of the conspiracy, that **MONIFA AHMED** would sell forged prescriptions in Dr. Uy's name to Timothy Milloff, charged but not indicted herein.  In an effort to avoid detection, and to assure a continuous supply of pills, **MONIFA AHMED** would provide false and forged prescriptions in Dr. Uy's name to Timothy Milloff but the prescriptions would be in the name of his wife, Janet Milloff, so that Timothy Milloff could obtain additional oxycodone medication without the pharmacist knowing that he had recently filled a 30 day prescription supply of oxycodone for himself.

F.      The distribution scheme using false and forged prescriptions netted **MONIFA AHMED** profit and cash, which was greater than her legitimately earned income.  She earned large amounts of cash and currency, which were difficult to spend without generating suspicion. In an effort to legitimize the profits she was realizing from this distribution scheme, she made large cash deposits to her personal account at Bank of America.  This was the same account she used to receive her legitimately earned income in the form of direct deposits, as an office manager.  In an effort to avoid detection and to conceal the nature and source of the illegal earned income, she did not report such currency deposits and transactions on her income tax forms.  She also conducted currency transactions at various Western Union outlets near her home and work, and through the use of wire transfers, spend illegal drug proceeds to pay her bills, mortgage and other living expenses.  The

following chart demonstrates the large currency transactions she made during the course of the conspiracy, and contrasts it with her legitimately earned income.

Currency Transactions July 2008 - 2010
Monifa Ahmed
Source: Western Union, Bank of America

| Source | Jul-Dec 2008 | 2009 | 2010 | Grand Total | Percent |
|---|---|---|---|---|---|
| Western Union | $21,311.67 | $36,295.84 | $1,206.52 | $58,814.03 | 25.22% |
| Bank of America | $20,541.00 | $38,664.80 | $21,685.00 | $80,890.80 | 34.69% |
| Total | $41,852.67 | $74,960.64 | $22,891.52 | $139,704.83 | 59.91% |

Payroll Transactions July 2008-Dec 2010
Monifa Ahmed
Source: Bank of America

| Source | Jul-Dec 2008 | 2009 | 2010 | Grand Total | Percent |
|---|---|---|---|---|---|
| James G Uy M.D. & Associates | $14,977.30 | $36,478.85 | $39,019.32 | $90,475.47 | 38.80% |
| Mclaren | $2,995.46 | $0.00 | $0.00 | $2,995.46 | 1.28% |
| Grand Total | $17,972.76 | $36,478.85 | $39,019.32 | $93,470.93 | 40.09% |
| Total Cash + Payroll | $59,825.43 | $111,439.49 | $61,910.84 | $233,175.76 | 100.00% |

During her employment with Dr. Uy, which is co-extensive with the period of the conspiracy, **MONIFA AHMED**, legitimately earned payroll amounts totaling $93,470.00 which she reported on her tax returns and which were deposited to her bank account at Bank of America. She failed to report her cash income on tax returns covering the duration of the conspiracy. Yet she made withdrawals from that Bank of America account totaling $259,267.00 in the same time period. A reference to the above chart shows that during this conspiracy, **MONIFA AHMED** conducted currency/cash transactions at Western Union and at Bank of America of $139,704.83, yet only had legitimate income during that time period of $93,470.93. In other words, for **MONIFA AHMED**, 60% of her income during the conspiracy consisted of cash and 40% of her income was attributable

to legitimately earned payroll income.  Because of the already significant cash deposits into her Bank of America account, **MONIFA AHMED** and  **DERRICK BYAS** were using Western Union to make cash wire transfers to pay mortgage and other bills linked to **MONIFA AHMED** totaling $58,814.00.  These financial transactions were conducted in an effort to conceal the nature and source of the significant illegal drug distribution profits generated by this illegal distribution scheme.

### Overt Acts

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, which were forged prescriptions presented to cause a pharmacist to dispense controlled substances, among others, were committed:

| # | Written | Filled | Drug | Mg | Count | First | Last | Pharmacy |
|---|---------|--------|------|-----|-------|-------|------|----------|
| 1 | 9/8/2008 | 9/8/2008 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 2 | 9/8/2008 | 9/8/2008 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 3 | 10/7/2008 | 10/7/2008 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 5 | 11/7/2008 | 11/7/2008 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 6 | 11/7/2008 | 11/7/2008 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 7 | 12/8/2008 | 12/8/2008 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 8 | 12/8/2008 | 12/8/2008 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 9 | 1/8/2009 | 1/8/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 10 | 1/8/2009 | 1/8/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 11 | 2/9/2009 | 2/9/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 12 | 2/9/2009 | 2/9/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 13 | 3/6/2009 | 3/6/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 14 | 3/6/2009 | 3/6/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 15 | 4/7/2009 | 4/7/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 16 | 4/7/2009 | 4/7/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 17 | 5/8/2009 | 5/8/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 18 | 5/8/2009 | 5/8/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 19 | 6/8/2009 | 6/9/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 20 | 6/8/2009 | 6/9/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 21 | 7/8/2009 | 7/8/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 22 | 7/8/2009 | 7/8/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 23 | 8/7/2009 | 8/7/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |
| 24 | 8/7/2009 | 8/7/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 25 | 9/9/2009 | 9/9/2009 | Methadone | 10 mg | 120 | Carolyn | Nolan | Grubbs |

| 26 | 9/9/2009 | 9/9/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
|---|---|---|---|---|---|---|---|---|
| 27 | 10/9/2009 | 10/9/2009 | Methadone | 10 mg | 180 | Carolyn | Nolan | Grubbs |
| 28 | 10/9/2009 | 10/9/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 29 | 11/13/2009 | 11/13/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 30 | 12/11/2009 | 12/11/2009 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 31 | 1/11/2010 | 1/12/2010 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 32 | 2/12/2010 | 2/12/2010 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 33 | 3/9/2010 | 3/9/2010 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 34 | 4/9/2010 | 4/9/2010 | OxyContin | 40 mg | 120 | Carolyn | Nolan | Grubbs |
| 35 | 5/10/2010 | N/A | OxyContin | 40 mg | | Carolyn | Nolan | Grubbs |
| 36 | 5/12/2010 | 5/12/2010 | OxyContin | 40 mg | 90 | Carolyn | Nolan | Grubbs |
| 37 | 6/10/2010 | 6/10/2010 | OxyContin | 40 mg | 90 | Carolyn | Nolan | Grubbs |
| 38 | 7/9/2010 | 7/9/2010 | OxyContin | 40 mg | 90 | Carolyn | Nolan | Grubbs |
| 39 | 8/18/2010 | 8/18/2010 | OxyContin | 40 mg | 90 | Carolyn | Nolan | Grubbs |
| 40 | 1/7/2009 | 1/7/2009 | Oxycontin | 40 Mg | 80 | Derrick | Byas | Giant #1215 |
| 41 | 1/16/2009 | 1/16/2009 | Oxycontin | 40 Mg | 100 | Derrick | Byas | Giant #1215 |
| 43 | 3/26/2009 | 3/26/2009 | Oxycontin | 40 Mg | 120 | Derrick | Byas | Giant #1215 |
| 44 | 4/24/2009 | 4/24/2009 | Oxycontin | 40 Mg | 130 | Derrick | Byas | Giant #1215 |
| 45 | 5/27/2009 | 5/27/2009 | Oxycontin | 40 Mg | 110 | Derrick | Byas | Giant #1216 |
| 46 | 2/17/2010 | 2/17/2010 | OxyContin | 40 mg | 120 | Anthony | Pulsirisaroth | Giant #340 |
| 47 | 3/16/2010 | 3/16/2010 | OxyContin | 40 mg | 121 | Anthony | Pulsirisaroth | Giant #340 |
| 48 | 4/14/2010 | 4/14/2010 | OxyContin | 40 mg | 122 | Anthony | Pulsirisaroth | Giant #340 |
| 49 | 4/22/2010 | 4/22/2010 | OxyContin | 40 mg | 90 | Janet | Milloff | Giant #1060 |
| 50 | 5/27/2010 | 6/4/2010 | Percocet | 10/325 | 180 | Janet | Milloff | Prosperity |
| 51 | 6/3/2010 | 6/4/2010 | OxyContin | 80 mg | 90 | Janet | Milloff | Prosperity |
| 52 | 6/24/2010 | 6/25/2010 | OxyContin | 40 mg | 90 | Janet | Milloff | Prosperity |
| 53 | 6/24/2010 | 6/25/2010 | Percocet | 10/325 | 180 | Janet | Milloff | Prosperity |
| 54 | 7/15/2010 | 7/16/2010 | Percocet | 10/325 | 180 | Janet | Milloff | Prosperity |
| 55 | 7/15/2010 | 7/16/2010 | OxyContin | 40 mg | 90 | Janet | Milloff | Prosperity |
| 56 | 7/23/2010 | 7/24/2010 | OxyContin | 40 mg | 90 | Janet | Milloff | Giant #1060 |
| 57 | 8/6/2010 | 8/6/2010 | Percocet | 10/325 | 180 | Janet | Milloff | Prosperity |
| 58 | 8/16/2010 | 8/24/2010 | OxyContin | 40 mg | 90 | Janet | Milloff | Prosperity |
| 59 | 9/3/2010 | 9/3/2010 | Percocet | 10/325 | 180 | Janet | Milloff | Prosperity |
| 60 | 12/21/2009 | 12/22/2009 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 61 | 1/14/2010 | 1/19/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 62 | 2/11/2010 | 2/15/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 63 | 3/11/2010 | 3/15/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 64 | 4/7/2010 | 4/9/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 65 | 5/3/2010 | 5/4/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |
| 66 | 5/27/2010 | 5/28/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | CVS#1411 |

| # | Written | Filled | Drug | Mg | Count | First | Last | Pharmacy |
|---|---------|--------|------|-----|-------|-------|------|----------|
| 67 | 5/27/2010 | 6/4/2010 | Percocet | 10/325 | 180 | Timothy | Milloff | Prosperity |
| 68 | 6/10/2010 | 6/14/2010 | OxyContin | 40 mg | 90 | Timothy | Milloff | Prosperity |
| 69 | 6/24/2010 | 6/28/2010 | OxyContin | 40 mg | 90 | Timothy | Milloff | Prosperity |
| 70 | 7/9/2010 | 7/9/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | Giant #1060 |
| 71 | 7/28/2010 | 7/30/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | Giant #1060 |
| 72 | 9/3/2010 | 9/3/2010 | Percocet | 10/325 | 180 | Timothy | Milloff | Prosperity |
| 73 | 10/22/2010 | 10/25/2010 | OxyContin | 80 mg | 90 | Timothy | Milloff | Prosperity |
| 74 | 3/31/2010 | 3/31/2010 | OxyContin | 40 mg | 120 | Shailendra | Basdeo | CVS #1495 |
| 75 | 9/3/2010 | 9/3/2010 | OxyContin | 40 mg | 90 | Jackson | Howard | Grubbs |
| 76 | 8/5/2010 | 8/5/2010 | OxyContin | 40 mg | 90 | Jackson | Howard | Grubbs |
| 77 | 7/2/2010 | 7/2/2010 | OxyContin | 40 mg | 90 | Jackson | Howard | Grubbs |
| 78 | 6/4/2010 | 6/4/2010 | OxyContin | 40 mg | 90 | Jackson | Howard | Grubbs |
| 79 | 5/3/2010 | 5/3/2010 | OxyContin | 40 mg | 120 | Jackson | Howard | Grubbs |
| 80 | 4/2/2010 | 4/2/2010 | OxyContin | 40 mg | 120 | Jackson | Howard | Grubbs |
| 81 | 3/4/2010 | 3/4/2010 | OxyContin | 40 mg | 120 | Jackson | Howard | Grubbs |
| 82 | 2/4/2010 | 2/4/2010 | OxyContin | 40 mg | 120 | Jackson | Howard | Grubbs |
| 83 | 1/4/2010 | 1/5/2010 | OxyContin | 40 mg | 120 | Jackson | Howard | Grubbs |
| 84 | 1/4/2010 | 1/5/2010 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 85 | 9/17/2009 | 9/17/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 86 | 9/17/2009 | 9/17/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 87 | 8/17/2009 | 8/17/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 88 | 8/17/2009 | 8/17/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 89 | 7/17/2009 | 7/17/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 90 | 7/17/2009 | 7/17/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 91 | 6/17/2009 | 6/17/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 92 | 6/17/2009 | 6/17/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 93 | 5/18/2009 | 5/18/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 94 | 5/18/2009 | 5/18/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 95 | 4/16/2009 | 4/16/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 96 | 4/19/2009 | 4/16/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 97 | 3/19/2009 | 3/19/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 98 | 3/19/2009 | 3/19/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 99 | 2/23/2009 | 2/23/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 100 | 2/23/2009 | 2/23/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 101 | 1/26/2009 | 1/26/2009 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 102 | 1/26/2009 | 1/26/2009 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 103 | 12/22/2008 | 12/22/2008 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 104 | 12/22/2008 | 12/22/2008 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 105 | 11/19/2008 | 11/19/2008 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |
| 106 | 11/19/2008 | 11/19/2008 | OxyContin | 40 mg | 180 | Jackson | Howard | Grubbs |
| 107 | 10/22/2008 | 10/22/2008 | Methadone | 10 mg | 120 | Jackson | Howard | Grubbs |

| #   | Written    | Filled     | Drug       | Mg    | Count | First    | Last    | Pharmacy            |
|-----|------------|------------|------------|-------|-------|----------|---------|---------------------|
| 108 | 10/22/2008 | 10/22/2008 | OxyContin  | 40 mg | 180   | Jackson  | Howard  | Grubbs              |
| 109 | 9/24/2008  | 9/24/2008  | Methadone  | 10 mg | 120   | Jackson  | Howard  | Grubbs              |
| 110 | 9/24/2008  | 9/24/2008  | OxyContin  | 40 mg | 180   | Jackson  | Howard  | Grubbs              |
| 111 | 8/25/2008  | 8/25/2008  | OxyContin  | 40 mg | 180   | Jackson  | Howard  | Grubbs              |
| 112 | 8/25/2008  | 8/25/2008  | Methadone  | 10 mg | 120   | Jackson  | Howard  | Grubbs              |
| 113 | 7/15/2010  | 7/15/2010  | OxyContin  | 80 mg | 90    | Eric     | Price   | Giant #315          |
| 114 | 7/15/2010  | 7/15/2010  | OxyContin  | 80 mg | 90    | Anthony  | Jackson | CVS #1448           |
| 115 | 5/13/2010  | 5/13/2010  | Oxycontin  | 80 mg | 90    | Monty    | Carson  | CVS #2005           |
| 116 | 1/16/2009  | 1/20/2009  | OxyContin  | 80 mg | 90    | Miguel   | Chalet  | Vienna Drug Center  |
| 117 | 4/16/2009  | 4/17/2009  | OxyContin  | 80 mg | 180   | Miguel   | Chalet  | Vienna Drug Center  |
| 118 | 5/8/2009   | 5/8/2009   | OxyContin  | 80 mg | 180   | Miguel   | Chalet  | RiteAid #3854       |
| 119 | 6/18/2009  | 6/19/2009  | OxyContin  | 80 mg | 69    | Miguel   | Chalet  | RiteAid #3854       |
| 120 | 6/25/2009  | 6/25/2009  | OxyContin  | 80 mg | 180   | Miguel   | Chalet  | Vienna Drug Center  |
| 121 | 7/22/2009  | 7/22/2009  | OxyContin  | 80 mg | 180   | Miguel   | Chalet  | RiteAid #3854       |
| 122 | 10/1/2009  | 10/3/2009  | OxyContin  | 80 mg | 60    | Miguel   | Chalet  | RiteAid #11226      |
| 123 | 11/19/2009 | 11/22/2009 | OxyContin  | 80 mg | 180   | Miguel   | Chalet  | Vienna Drug Center  |
| 124 | 12/24/2009 | 1/3/2010   | OxyContin  | 80 mg | 120   | Miguel   | Chalet  | RiteAid #3854       |
| 125 | 3/26/2010  | 3/30/2010  | OxyContin  | 80 mg | 50    | Miguel   | Chalet  | RiteAid #11226      |
| 126 | 4/26/2010  | 4/28/2010  | OxyContin  | 80 mg | 60    | Miguel   | Chalet  | RiteAid #3854       |
| 127 | 5/25/2010  | 6/19/2010  | Oxycodone  | 30 mg | 105   | Miguel   | Chalet  | Vienna Drug Center  |
| 128 | 5/25/2010  | 5/25/2010  | OxyContin  | 80 mg | 120   | Miguel   | Chalet  | Vienna Drug Center  |
| 129 | 6/11/2010  | 7/6/2010   | OxyContin  | 80 mg | 80    | Miguel   | Chalet  | RiteAid #3854       |
| 130 | 6/11/2010  | 6/19/2010  | OxyContin  | 80 mg | 120   | Miguel   | Chalet  | Vienna Drug Center  |
| 131 | 8/6/2010   | 9/14/2010  | Oxycodone  | 30 mg | 105   | Miguel   | Chalet  | RiteAid #3854       |
| 132 | 8/6/2010   | 8/9/2010   | OxyContin  | 80 mg | 120   | Miguel   | Chalet  | Vienna Drug Center  |

| # | Written | Filled | Drug | Mg | Count | First | Last | Pharmacy |
|---|---------|--------|------|-----|-------|-------|------|----------|
| 133 | 11/24/2010 | 12/2/2010 | Oxycodone | 30 mg | 78 | Miguel | Chalet | RiteAid #3854 |

Where pharmacies identified above are:

> Grubbs, at 326 East Capitol Street, N.E., Washington, D.C.
> Giant #315 at 7546 Annapolis Road, Lanham, Maryland
> Giant #316, at 6000 Greenbelt Road, Greenbelt, Maryland,
> Giant #340, at 1009 Fairlawn Street, Laurel, Maryland
> Giant #1060, at 6800 Richmond Highway, Alexandria, Virginia
> Prosperity, at 8505 Arlington Blvd., Suite 110, Fairfax, Virginia
> CVS#1411, 8124 Arlington Blvd., Falls Church, Virginia
> CVS#1495, at 11729 Beltsville Road, Beltsville, Maryland
> CVS#1448 at 8201 Annapolis Road, Lanham, Maryland
> CVS#2005 at 5870 Silver Hill Road, District Heights, Maryland
> Vienna Drug Center, at 150 Maple Avenue West, Vienna, Virginia
> RiteAid#3854, at 4720B Lee Highway, Arlington, Virginia
> RiteAid#11226, at 215 Maple Avenue West, Vienna, Virginia

(**Conspiracy to Distribute and Dispense Controlled Substances**, in violation of Title 21, United States Code, § 846)

## COUNT TWO

### The Conspiracy to Engage in Health Care Fraud

Beginning on or about July, 2008, the exact date being unknown to the Grand Jury, and continuing through on or about November 24, 2010, within the District of Columbia, the State of Maryland, the Commonwealth of Virginia, and elsewhere, the defendants, **MONIFA AHMED**, and **CAROLYN DENISE NOLAN,** did knowingly and intentionally combine, conspire, confederate and agree with others both known and unknown, to knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs, including but not limited to Maryland Individual Practice Association (hereinafter, MD IPA), the United States Office of Personnel Management's Federal Employee Health Benefit Program, Medicare and Medicaid (a

11

health care benefit program defined by 18 U.S.C. § 24(b) which is administered by the United States Health and Human Services through its agency, the Centers for Medicare and Medicaid Services), by means of false and fraudulent pretenses, that is, uttering and causing to be presented a series of forged and false prescriptions for controlled substances causing pharamacists and pharmacies to fill said prescriptions.  This scheme and artifice caused bills to be presented to health care benefit programs, which were paid, and thereby caused the conspirators to obtain money owned by and under the custody and control of healthcare benefit programs, in connection with the fulfillment of said false and forged prescriptions, all in connection with the delivery of and payment for health care benefits, items, and services all in violation of 18 U.S.C. §§1347 and 1349.

**Manner and Means**

It was part of the conspiracy, scheme and artifice to defraud,  that the conspirators attained the goals and purposes of the conspiracy, scheme and artifice to defraud,  through the following manner and means:

A-F.    Paragraphs A through F, of the Manner and Means portion of Count One, are re-alleged and incorporated as if fully set forth herein.

G.    It was a part of the conspiracy, scheme and artifice to defraud, that **CAROLYN DENISE NOLAN** would present false and forged prescriptions in the name of Dr. James Uy, obtained from **MONIFA AHMED**, and in the name of Carolyn Nolan, to various pharmacies and pharmacists, causing them to fill said prescriptions and in reliance upon  **CAROLYN DENISE NOLAN**'s representations, would bill her health care insurance (MD-IPA), which was a United States Office of Personnel Management Federal Employee Health Benefit Program,  for the cost of the prescriptions, less a co-pay amount, and thereby obtain controlled substance pharmaceuticals

12

with little or minimal cost to the conspirators.  From September, 2008 through August, 2010, **CAROLYN DENISE NOLAN** filled a total of 38 false and forged prescriptions in her own name purporting to be signed by Dr. James Uy, for 14 methadone 10 gm orders and 24 oxycontin 40 mg orders, using her health insurance carrier to pay for the cost to the pharmacy for dispensing the medication causing a loss to the Government of $15,840.05 ($122.33 for the methadone and $15,717.72 for the oxycontin, while **CAROLYN DENISE NOLAN** expenses were only $698.00 in co-payment fees.

H.     Further, it was a part of the conspiracy, scheme and artifice to defraud, that **CAROLYN DENISE NOLAN** would present false and forged prescriptions in the name of Dr. James Uy, obtained from **MONIFA AHMED**, in the name of Jackson Howard, a conspirator charged but not indicted herein.  Jackson Howard accepted from **CAROLYN DENISE NOLAN** prescriptions in his name for oxycodone and methadone which he knew were false and forged, as he was not a patient of Dr. Uy, and had no legitimate need for said medication.  Jackson Howard presented said prescriptions to be filled, and used his medicare and medicaid health insurance program to pay the costs of filling said prescriptions, and would, thereafter, present the bottle of pills to **CAROLYN DENISE NOLAN** who would resell some or all of the pills and would pay thereafter, $100 to $200 to Jackson Howard for his role in the scheme to obtain the prescription medication by fraudulent prescription.  **CAROLYN DENISE NOLAN** knew that Jackson Howard could and did use his health care benefits to fill such prescriptions and such actions did cause to be billed, to United Health Care Group, a health care insurance provider, the charges for 22 prescriptions for oxycodone, (trade name oxycontin) and 14 prescriptions for methadone, schedule II controlled substances, in the amounts totaling $19,699.55 and bill and cause to be billed the

13

Maryland Medicaid Program for co-payments of the above references prescriptions in amounts which totaled $3,690.17.

### Overt Acts

In furtherance of said conspiracy, scheme and artifice to defraud, and to effect and accomplish the objects thereof, the following overt acts, which were forged prescriptions presented by **CAROLYN DENISE NOLAN** to cause a pharmacist at Grubbs Pharmacy, to dispense controlled substances, among others, were committed:

| # | Service Date | Drug | Mg | Count | Ingredient Cost | Co-Pay | Amount Paid |
|---|---|---|---|---|---|---|---|
| 1 | 9/8/2008 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 2 | 9/8/2008 | OxyContin | 40 mg | 120 | $646.12 | $25.00 | $622.62 |
| 3 | 10/7/2008 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 4 | 10/7/2008 | OxyContin | 40 mg | 120 | $646.12 | $25.00 | $622.62 |
| 5 | 11/7/2008 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 6 | 11/7/2008 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 7 | 12/8/2008 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 8 | 12/8/2008 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 9 | 1/8/2009 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 10 | 1/8/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 11 | 2/9/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 12 | 2/9/2009 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 13 | 3/6/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 14 | 3/6/2009 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 15 | 4/7/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 16 | 4/7/2009 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 17 | 5/8/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.29 |
| 18 | 5/8/2009 | OxyContin | 40 mg | 120 | $688.11 | $25.00 | $664.61 |
| 19 | 6/9/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.04 |
| 20 | 6/9/2009 | OxyContin | 40 mg | 120 | $684.02 | $25.00 | $660.27 |
| 21 | 7/8/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.04 |
| 22 | 7/8/2009 | OxyContin | 40 mg | 120 | $684.02 | $25.00 | $660.27 |
| 23 | 8/7/2009 | OxyContin | 40 mg | 120 | $721.64 | $25.00 | $697.89 |
| 24 | 8/7/2009 | Methadone | 10 mg | 120 | $13.79 | $7.00 | $8.04 |
| 25 | 9/9/2009 | Methadone | 10 mg | 120 | $14.04 | $7.00 | $8.29 |

| # | Service Date | Drug | Mg | Count | Ingredient Cost | Co-Pay | Amount Paid |
|---|---|---|---|---|---|---|---|
| 26 | 9/9/2009 | OxyContin | 40 mg | 120 | $721.64 | $25.00 | $691.89 |
| 27 | 10/9/2009 | OxyContin | 40 mg | 180 | $720.066 | $25.00 | $696.91 |
| 28 | 10/9/2009 | Methadone | 10 mg | 180 | $21.06 | $7.00 | $15.31 |
| 29 | 11/13/2009 | OxyContin | 40 mg | 120 | $720.66 | $25.00 | $696.91 |
| 30 | 12/11/2009 | OxyContin | 40 mg | 120 | $720.66 | $25.00 | $696.91 |
| 31 | 1/12/2010 | OxyContin | 40 mg | 120 | $720.66 | $25.00 | $696.91 |
| 32 | 2/12/2010 | OxyContin | 40 mg | 120 | $720.66 | $25.00 | $696.91 |
| 33 | 3/9/2010 | OxyContin | 40 mg | 120 | $720.66 | $25.00 | $696.91 |
| 34 | 4/9/2010 | OxyContin | 40 mg | 120 | $760.30 | $25.00 | $736.55 |
| 35 | 5/12/2010 | OxyContin | 40 mg | 90 | $570.22 | $25.00 | $546.47 |
| 36 | 6/10/2010 | OxyContin | 40 mg | 90 | $570.22 | $25.00 | $546.47 |
| 37 | 7/9/2010 | OxyContin | 40 mg | 90 | $570.22 | $25.00 | $546.47 |
| 38 | 8/18/2010 | OxyContin | 40 mg | 90 | $570.22 | $25.00 | $546.47 |

and **MONIFA AHMED**, and **CAROLYN DENISE NOLAN** conspirators, committed the following overt acts in furtherance of the goal of the conspiracy, which involved the presentation by Jackson Howard, charged but not indicted herein, of a series of false, fraudulent and forged prescriptions, each bearing the name of Dr. James Uy as the authorizing physician, and all presented at Grubbs Care Pharmacy, in Washington, D.C.:

| Overt Act | Filled Date | Rx Number | NDC Label Name | Amount Paid |
|---|---|---|---|---|
| 39 | 9/24/2008 | 1032553 | OXYCONTIN   TAB 40MG CR | $970.93 |
| 40 | 9/24/2008 | 1032556 | METHADONE   TAB 10MG | $13.52 |
| 41 | 10/22/2008 | 1038883 | OXYCONTIN   TAB 40MG CR | $970.93 |
| 42 | 10/22/2008 | 1038885 | METHADONE   TAB 10MG | $13.52 |
| 43 | 11/19/2008 | 1045364 | METHADONE   TAB 10MG | $13.52 |
| 44 | 11/19/2008 | 1045367 | OXYCONTIN   TAB 40MG CR | $1,033.92 |
| 45 | 12/22/2008 | 1053170 | METHADONE   TAB 10MG | $13.52 |
| 46 | 12/22/2008 | 1053172 | OXYCONTIN   TAB 40MG CR | $1,033.92 |
| 47 | 1/26/2009 | 1060727 | OXYCONTIN   TAB 40MG CR | $1,050.38 |
| 48 | 1/26/2009 | 1060728 | METHADONE   TAB 10MG | $13.61 |
| 49 | 2/23/2009 | 1067757 | OXYCONTIN   TAB 40MG CR | $1,050.38 |
| 50 | 2/23/2009 | 1067758 | METHADONE   TAB 10MG | $13.61 |
| 51 | 3/19/2009 | 1073921 | OXYCONTIN   TAB 40MG CR | $1,050.38 |
| 52 | 3/19/2009 | 1073922 | METHADONE   TAB 10MG | $14.71 |
| 53 | 4/16/2009 | 1080928 | METHADONE   TAB 10MG | $14.71 |
| 54 | 4/16/2009 | 1080930 | OXYCONTIN   TAB 40MG CR | $1,053.58 |
| 55 | 5/18/2009 | 1088723 | OXYCONTIN   TAB 40MG CR | $1,053.58 |

| Overt Act | Filled Date | Rx Number | NDC Label Name | Amount Paid |
|---|---|---|---|---|
| 56 | 5/18/2009 | 1088725 | METHADONE   TAB 10MG | $14.96 |
| 57 | 6/17/2009 | 1096551 | OXYCONTIN   TAB 40MG CR | $1,053.58 |
| 58 | 6/17/2009 | 1096552 | METHADONE   TAB 10MG | $14.96 |
| 59 | 7/17/2009 | 1104234 | OXYCONTIN   TAB 40MG CR | $1,053.58 |
| 60 | 7/17/2009 | 1104236 | METHADONE   TAB 10MG | $14.96 |
| 61 | 8/17/2009 | 1112012 | METHADONE   TAB 10MG | $14.96 |
| 62 | 8/17/2009 | 1112013 | OXYCONTIN   TAB 40MG CR | $1,111.43 |
| 63 | 9/17/2009 | 1120516 | METHADONE   TAB 10MG | $14.96 |
| 64 | 9/17/2009 | 1120518 | OXYCONTIN   TAB 40MG CR | $1,111.43 |
| 65 | 1/5/2010 | 1149624 | METHADONE   TAB 10MG | $12.73 |
| 66 | 1/5/2010 | 1149626 | OXYCONTIN   TAB 40MG CR | $715.52 |
| 67 | 2/4/2010 | 1158213 | OXYCONTIN   TAB 40MG CR | $715.52 |
| 68 | 3/4/2010 | 1166532 | OXYCONTIN   TAB 40MG CR | $718.82 |
| 69 | 4/2/2010 | 1176039 | OXYCONTIN   TAB 40MG CR | $718.82 |
| 70 | 5/3/2010 | 1185307 | OXYCONTIN   TAB 40MG CR | $758.28 |
| 71 | 6/4/2010 | 1194828 | OXYCONTIN   TAB 40MG CR | $569.08 |
| 72 | 7/2/2010 | 1203866 | OXYCONTIN   TAB 40MG CR | $569.08 |
| 73 | 8/5/2010 | 1215153 | OXYCONTIN   TAB 40MG CR | $569.08 |
| 74 | 9/3/2010 | 1225125 | OXYCONTIN   TAB 40MG CR | $569.08 |

(**Conspiracy to Engage in Health Care Fraud and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1347, 1349, and 2)

## COUNT THREE

### Health Care Fraud

Beginning on or about July, 2008, the exact date being unknown to the Grand Jury, and continuing through on or about November 24, 2010, within the District of Columbia, the State of Maryland, the Commonwealth of Virginia_ and elsewhere, the defendant, CAROLYN DENISE NOLAN knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud health care benefit programs, including but not limited to Maryland Individual Practice Association (hereinafter, MD IPA), the United States Office of Personnel Management's Federal Employee Health Benefit Program, Medicare and Medicaid (a health care benefit program defined by 18 U.S.C. §24(b) which is administered by the United States Health and Human Services through

its agency, the Centers for Medicare and Medicaid Services), by means of false and fraudulent pretenses, that is, uttering and causing to be presented a series of forged and false prescriptions for controlled substances causing pharmacists and pharmacies to fill said prescriptions. This scheme and artifice caused bills to be presented to health care benefit programs, which were paid, and thereby caused the conspirators to obtain money owned by and under the custody and control of healthcare benefit programs, in connection with the fulfillment of said false and forged prescriptions, all in connection with the delivery of and payment for health care benefits, items, and services all in violation of 18 U.S.C. §§1347.

### Manner and Means

Paragraphs A-F of the Manner and Means portion of Count One, are re-alleged and incorporated as if fully set forth herein.

Paragraphs G-H of the Manner and Means of Count Two are re-alleged and incorporated as if fully set forth herein.

### Acts Done in Furtherance of the Fraud Scheme

The defendant, CAROLYN DENISE NOLAN, aided and assisted by others, committed the following acts in furtherance of this scheme and artifice to defraud, and to effect and accomplish the objects thereof, which were forged prescriptions presented to Grubs Care Pharmacy in Washington, D.C. which caused a pharmacist to dispense controlled substances and bill health care insurance providers as follows:

Overt Acts 1-74 of Count Two are re-alleged and incorporated as if fully set forth herein.

(**Health Care Fraud and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1347, and 2)

## COUNT FOUR

### Money Laundering Conspiracy

Beginning on or about July, 2008, the exact date being unknown to the Grand Jury, and continuing through on or about November 24, 2010, in the District of Columbia, the State of Maryland, and the Commonwealth of Virginia,  and elsewhere, the defendants, **MONIFA AHMED and  DERRICK BYAS**, did knowingly and intentionally combine, conspire, confederate and agree with others both known and unknown  to commit violations of 18 U.S.C. §1956(a)(1) (B)(i)  that is, conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, a series of cash wire transfers through Western Union which involved proceeds of a specified unlawful activity, that is, drug trafficking proceeds, knowing the transactions were designed in whole or in part to conceal the nature, source, ownership or control of drug trafficking proceeds, in violation of 18 U.S.C. §1956(h).

### Goal of the Conspiracy

It was a goal of the conspiracy to make drug trafficking proceeds appear to be legitimate income by making cash wire transfers and to conceal the nature and source of said cash.

**Summary of Conduct Taken in Furtherance of the Conspiracy**

On or about August 6, 2008 until on or about May 30, 2010, **MONIFA AHMED and DERRICK BYAS** made, or caused others to make, a series of financial transactions involving wire transfers at Western Union facilities on or about the following dates in the following amounts:

| # | Send Date | Payee Name | Recording Agent | Agent City | Agent State | Total |
|---|-----------|-----------|----------------|-----------|-------------|-------|
| 1 | 8/6/2008 | Avelo Mortgage | AWA050029 | Upper Marlboro | MD | $998.19 |
|   |          | Avelo Mortgage | AWA050029 | Upper Marlboro | MD | $3,024.61 |
| 2 | 8/30/2008 | Federal Bureau of Prisons | ACC666666 | Capitol Heights | MD | $200.00 |
| 3 | 9/8/2008 | Popular Mortgage | AWA258393 | Beltsville | MD | $4,300.91 |
|   |          | Litton Mortgage | AWA258393 | Beltsville | MD | $2,909.79 |
|   |          | Litton Mortgage | AWA258393 | Beltsville | MD | $950.66 |
| 4 | 11/24/2008 | Litton Mortgage | AWA179863 | Bladensburg | MD | $2,909.79 |
| 5 | 12/9/2008 | Litton Mortgage | AWA258393 | Beltsville | MD | $950.66 |
|   |          | Popular Mortgage Servicing | AWA258393 | Beltsville | MD | $2,072.27 |
| 6 | 12/16/2008 | Litton Mortgage | AWA258393 | Beltsville | MD | $2,909.79 |
| 7 | 12/30/2008 | Dwan Byas | AK034423 | Bridgeton | MO | $85.00 |
| 8 | 1/14/2009 | Litton Mortgage | AWA258393 | Beltsville | MD | $2,072.27 |
|   |          | Litton Mortgage | AWA258393 | Beltsville | MD | $950.66 |
|   |          | Litton Mortgage | AWA258393 | Beltsville | MD | $2,909.79 |

| # | Send Date | Payee Name | Recording Agent | Agent City | Agent State | Total |
|---|-----------|------------|-----------------|------------|-------------|-------|
| 9 | 2/17/2009 | Litton Mortgage | AWA226899 | District Heights | MD | $2,072.27 |
|   |           | Litton Mortgage | AWA226899 | District Heights | MD | $950.66 |
|   |           | Litton Mortgage | AWA226899 | District Heights | MD | $2,909.79 |
| 10 | 3/19/2009 | Derrick Byas | AKC034423 | Bridgeton | MO | $200.00 |
| 11 | 6/1/2009 | Litton Mortgage | AWA258393 | Beltsville | MD | $2,407.72 |
|   |           | Litton Mortgage | AWA258393 | Beltsville | MD | $3,229.42 |
|   |           | Litton Mortgage | AWA258393 | Beltsville | MD | $950.66 |
| 12 | 7/8/2009 | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $963.65 |
|   |           | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $3,229.42 |
| 13 | 7/15/2009 | Litton Mortgage | AWA258393 | Beltsville | MD | $2,420.71 |
| 14 | 8/24/2009 | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $950.66 |
| 15 | 9/10/2009 | Derrick Byas | AKC034423 | Bridgeton | MO | $100.00 |
|   |           | Dwan Byas | AKC034423 | Bridgeton | MO | $100.00 |
| 16 | 10/12/2009 | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $950.66 |
|   |           | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $1,907.62 |
|   |           | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $1,908.81 |
| 17 | 10/30/2009 | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $2,377.53 |
| 18 | 12/9/2009 | Federal Bureau of Prisons | AKC034423 | Bridgeton | MO | $220.00 |

20

| # | Send Date | Payee Name | Recording Agent | Agent City | Agent State | Total |
|---|-----------|------------|-----------------|------------|-------------|-------|
| 19 | 12/16/2009 | Litton Mortgage | AWA050029 | Upper Marlboro | MD | $2,513.54 |
| 20 | 5/2/2010 | Capital One Card Services | AWA276685 | Upper Marlboro | MD | $500.00 |
| 21 | 5/4/2010 | Capital One Card Services | AWA258393 | Beltsville | MD | $252.52 |
| | | Capital One Card Services | AWA276685 | Upper Marlboro | MD | $254.00 |
| 22 | 5/30/2010 | Derrick Byas | AKC034423 | Saint Charles | MO | $200.00 |

**Transaction Count: 37**                    **Total: $58,814.03**

These transactions and acts were done in violation of Title 18, United States Code, Section 1956(h)).

(**Conspiracy to Launder Proceeds of Illegal Activity**, in violation of Title 18, United States Code, Section(s) 1956 (a)(1)(B)(i) and (h))

## FORFEITURE ALLEGATION

1.      The violations alleged in Counts One through Four of this indictment, that is: (1) Conspiracy to Distribute and Dispense a Controlled Substances, in violation of Title 21, Section 846; (2) Conspiracy to Engage in Health Care Fraud, in violation of Title 18, United States Code, Section 1349; and (3) Conspiracy to Engage in Money Laundering, in violation of Title 18 United States Code, Sections 1956(h), are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c) (incorporating the provisions of Title 18, United States Code, Section 981(a)(1)(C)); and Title 18, United States Code, Section 982(a)(1) and (7).

21

2.     As a result of the offenses alleged in Counts One and Three, of this indictment, the

defendants,  **MONIFA AHMED**, **DERRICK BYAS**, and **CAROLYN DENISE NOLAN**, shall

forfeit to the United States, pursuant to:

(1)     Title 21, United States Code, Section 853, (A) any property constituting, or

derived from, any proceeds defendant obtained, directly or indirectly, as a result of

the said violation; and (B) any of the defendant's property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, the said

violation,

(2)     Title 28, United States Code, Section 2461(c) (incorporating the provisions

of Title 18, United States Code, Section 981(a)(1)(C)), any property, real or personal,

which constitutes or is derived from proceeds traceable to the said violation; and

(3)     Title 18, United States Code, Section 982(a)(1) and (7), any property, real or

personal, involved in the said violation, or any property traceable to such property,

The property to be forfeited includes:

(a)     <u>MONEY JUDGMENT</u>:

(i) judgment in favor of the United States of America for the sum of
at least fifty-eight thousand, eight hundred fourteen and three cents,
($58.814.04), which is equal to the value of any property constituting
or derived from, any proceeds the defendant obtained, directly or
indirectly, as a result of the felony offenses alleged in Counts One,
through Four of this indictment; and the value of any property, real or
personal, which constitutes or is derived from proceeds traceable to
those offenses, and the value of any property, real or personal,
involved in  those offenses.

3.     By virtue of the commission of the offenses charged in Counts One through Four  of

this indictment, any and all interest that the defendants,  **MONIFA AHMED**, **DERRICK BYAS**,

and **CAROLYN DENISE NOLAN**, have in (1) any property constituting or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the felony offense of Conspiracy to Distribute and Dispense a Controlled Substance, in violation of Title 21, Section 846, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that felony offense; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Conspiracy to Engage in Health Care Fraud, in violation of Title 18, United States Code, Section 1349; and (3) any property, real or personal, involved in the Conspiracy to Engage in Money Laundering, in violation of Title 18, United States Code, Sections 1956(h), or any property traceable to such property, is vested in the United States and hereby forfeited to the United States pursuant to the provisions of Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c) (incorporating the provisions of Title 18, United States Code, Section 981(a)(1)(C)); and Title 18, United States Code, Section 982(a)(1) and (7).

4.     If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c) (incorporating the provisions of Title 18, United States Code, Section 981(a)(1)(C)); and Title 18, United States Code, Section 982(a)(1) and (7), as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the said defendant up to the value of said property listed

above as being subject to forfeiture.

> (**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c) (incorporating the provisions of Title 18, United States Code, Section 981(a)(1)(C)); and Title 18, United States Code, Section 982(a)(1) and (7))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.